## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL TREASURY EMPLOYEES UNION 800 K Street, N.W., Suite 1000 Washington, D.C. 20001, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.   24-cv-437 |
| U.S. DEPARTMENT OF THE TREASURY 1500 Pennsylvania Avenue, N.W. Washington, D.C. 20220, | ) ) ) ) | |
| Defendant. | ) ) ) | |

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

This is an action under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, as amended, to secure the release of records responsive to the June 20, 2023 FOIA request that the National Treasury Employees Union (NTEU) submitted to the U.S. Department of the Treasury (Treasury). The FOIA request seeks a list of unrepresented bargaining-unit eligible employees in Treasury's Departmental Offices.

## JURISDICTION

1.     This Court has jurisdiction over this cause of action under 28 U.S.C. § 1331 and 5 U.S.C. § 552(a)(4)(B) because this is an action to enforce the requirements of FOIA.

## VENUE

2.     Venue is proper in this Court pursuant to 28 U.S.C. § 1391(e) and 5 U.S.C. § 552(a)(4)(B).

## PARTIES

3.     Plaintiff NTEU is an unincorporated association with its principal place of business at 800 K Street, N.W., Suite 1000, Washington, D.C. 20001. Pursuant to Title VII of the Civil Service Reform Act, Public Law No. 95-454, 92 Stat. 1111, NTEU is the exclusive bargaining representative of federal workers in thirty-five agencies and departments.

4.     Defendant Treasury is a department within the federal government. Its principal place of business is 1500 Pennsylvania Avenue, N.W., Washington, D.C. 20220. Treasury has possession and control over the records that NTEU seeks.

## STATEMENT OF FACTS

5.     On June 20, 2023, NTEU requested the following information from Treasury (Exhibit A):

> [A] listing in an electronic file form, preferably excel spreadsheet format, of all unrepresented bargaining unit eligible employees (typically coded 7777) in the Department of the Treasury, Departmental Offices. Please include in the information provided their names, position (series and title), pay information, notation of professional/non-professional status, organizational components, geographic location and duty station, e-mail address and telephone number.

6.     On June 22, 2023, NTEU received a letter from Treasury acknowledging the request (Exhibit B).

7.      On September 19, 2023, Treasury responded to NTEU's FOIA request (Exhibit C). Treasury stated that it had located "1 Excel spreadsheet" responsive to the request.

8.      Treasury's response further stated that the agency had decided to "withhold[] the entire spreadsheet in full." Ex. C at 1. To support its decision Treasury invoked FOIA Exemption 6, 5 U.S.C. § 552(b)(6), which exempts "personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy."

9.      The only additional support for Treasury's determination in its response letter was the agency's representation that it had "considered the foreseeable harm standard when reviewing the records and applying these exemptions." Ex. C at 1.

10.     On October 13, 2023, NTEU filed an administrative appeal of Treasury's determination via certified mail (Exhibit D).

11.     NTEU's administrative appeal was timely filed. 31 C.F.R. § 1.6(a).

12.     On November 8, 2023, Treasury acknowledged receipt of NTEU's administrative appeal (Exhibit E).

13.     Treasury did not make a decision on NTEU's administrative appeal within 20 business days after receipt of the appeal, as required under 31 C.F.R. § 1.6(c).

14.     NTEU inquired about the status of its administrative appeal by email on December 8, 2023 (Exhibit F). Treasury responded that it would look into the status of the appeal "and respond ASAP." Ex. F at 2.

15.     Having received no further information, NTEU again inquired about the status of its administrative appeal on December 20, 2023. Ex. F at 1. Treasury responded informing NTEU that its appeal was "actively being adjudicated by [its] appellate authority." *Id.*

16.     To date, NTEU has not received any further updates or a decision regarding its administrative appeal.

17.     Because NTEU has not received a decision on its appeal and because the deadline for a decision has passed, NTEU has exhausted its administrative remedies.

18.     NTEU has a statutory right to disclosure of the records requested in its June 20, 2023 FOIA request to Treasury.

19.     There is no legal basis for Treasury's failure to adjudicate NTEU's administrative appeal within the statutory deadline.

20.     There is no legal basis for Treasury's decision to withhold responsive records from disclosure in response to NTEU's original FOIA request.

## CAUSE OF ACTION

21.     Plaintiff reasserts and incorporates herein the allegations set forth in paragraphs 1 through 20.

22.     Under 5 U.S.C. § 552(a)(3), Treasury must produce, upon request, records not specifically exempted by FOIA or for which disclosure is not otherwise prohibited by law.

23.     NTEU has requested records that are not specifically exempted by FOIA and for which disclosure is not otherwise prohibited by law. Treasury's failure to adjudicate NTEU's administrative appeal and its failure to produce the requested records violate FOIA.

<u>**REQUEST FOR RELIEF**</u>

WHEREFORE, Plaintiff NTEU respectfully requests that this Court:

(1)     Declare that Treasury's failure to release the records requested by NTEU is unlawful;

(2)     Order Treasury to make the requested records available to NTEU;

(3)     Award NTEU its costs, reasonable attorneys' fees and expenses, and other disbursements in this action; and

(4)     Grant any additional appropriate relief.

Respectfully submitted,

/s/ Julie M. Wilson
JULIE M. WILSON
General Counsel
D.C. Bar No. 482946

/s/ Paras N. Shah
PARAS N. SHAH
Deputy General Counsel
D.C. Bar No. 983881

/s/ William W. Li
WILLIAM W. LI
Associate General Counsel
D.C. Bar No. 1006366

/s/ Kathryn W. Bailey
KATHRYN W. BAILEY
Assistant Counsel
D.C. Bar No. 1643256

NATIONAL TREASURY EMPLOYEES UNION
800 K Street, N.W., Suite 1000
Washington, DC 20001
(202) 572-5500

February 14, 2024          Counsel for Plaintiff NTEU

# Exhibit A



**U.S.Department of the Treasury**

My Account   Sign Out   Help ▾

FOIA Home    How to Submit a Request ▾    Submit Request    FOIA Library    Request Status    Fees

Request - 2023-FOIA-00533                                        ← Back

**Request Details**

| | |
|---|---|
| Date Requested | 06/20/2023 |
| Status | Closed |

**General Information**

Bureaus            --------------Select--------------

**General Information**

Bureaus

-------------Select-------------

Action Office Instructions

Request Type

DO FOIA

Delivery Mode

-------------Select-------------

Payment Mode

-------------Select-------------

**Request Information**

*In an effort to eliminate unnecessary collection of personally identifiable information (PII) we collect, please do **NOT** provide any PII in this box.*

(Examples: Full name, social security number, driver's license, bank account details, etc.)

Note: If description exceeds the character limit, the requestor can attach a document or send additional information to FOIA@Treasury.gov

Description

Pursuant to the Freedom of Information Act (FOIA), 5 U.S.C.552, as amended, I hereby request a listing in an electronic file form, preferably excel spreadsheet format, of all unrepresented bargaining unit eligible

| | |
|---|---|
| Description | employees (typically coded FTP), in the Department of the Treasury, Departmental Offices . Please include in the information provided their names, position (series and title), pay information, notation of professional/non-professional status, organizational components, geographic location and duty station, e-mail address and telephone |
| Date Range for Record Search: From(mm/dd/yyyy) | |
| | To (mm/dd/yyyy) |

*File Size: 10 MB*

| | |
|---|---|
| Description Document | 📎 Add Attachment |

**Fee Information**

| | |
|---|---|
| Willing Amount ($) | 0.00 |
| Fee Waiver Requested | ☑ |
| Fee Waiver Request Reason | I request waiver of all costs incurred in connection with retrieval or copying of the requested information since its release is consistent with the purpose of Chapter 71 of Title 5 of the U.S. Code and in the public interest. |
| Willing to Pay All Fees | ☐ |

(Examples: Full name, social security number, driver's license, bank account details, etc.)

Note: If description exceeds the character limit, the requestor can attach a document or send additional information to FOIA@Treasury.gov

Description

> If all or any part of this request is denied, please list the specific exemption(s) which is being claimed and the basis for withholding information. In addition, should you determine that some portions of the requested materials are exempt, I shall expect, as FOIA provides,

Date Range for Record Search:
From(mm/dd/yyyy)

To
(mm/dd/yyyy)

*File Size: 10 MB*

Description Document        🔗 Add Attachment

**Fee Information**

Willing Amount ($)        0.00

Fee Waiver Requested        ☑

Fee Waiver Request Reason

> I request waiver of all costs incurred in connection with retrieval or copying of the requested information since its release is consistent with the purpose of Chapter 71 of Title 5 of the U.S. Code and in the public interest.

(Examples: Full name, social security number, driver's license, bank account details, etc.)

Note: If description exceeds the character limit, the requestor can attach a document or send additional information to FOIA@Treasury.gov

Description | that you will provide me with the remaining non-exempt portions.

If you will be unable to respond to my request within twenty (20) working days after your receipt, please contact me at 202-255-4543 or

Date Range for Record Search: From(mm/dd/yyyy) | | To (mm/dd/yyyy) |

*File Size: 10 MB*

Description Document | 🔗 Add Attachment

**Fee Information**

Willing Amount ($) | 0.00

Fee Waiver Requested | ☑

Fee Waiver Request Reason | I request waiver of all costs incurred in connection with retrieval or copying of the requested information since its release is consistent with the purpose of Chapter 71 of Title 5 of the U.S. Code and in the public interest.

# Exhibit B



**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C.  20220

06/22/2023

Mr. Lee Fischer
National Treasury Employees Union
800 K Street, NW, Suite 1000
Washington, DC 20001

email: lee.fischer@nteu.org

RE: Your FOIA Request to Treasury, Case Number 2023-FOIA-00533

Dear Mr. Fischer:

This letter acknowledges the receipt of your Freedom of Information Act (FOIA) request to the U.S. Department of the Treasury, dated 06/20/2023. Your request is outlined as follows:

> "Pursuant to the Freedom of Information Act (FOIA), 5 U.S.C.552, as amended, I hereby request a listing in an electronic file form, preferably excel spreadsheet format, of all unrepresented bargaining unit eligible employees (typically coded 7777) in the Department of the Treasury, Departmental Offices . Please include in the information provided their names, position (series and title), pay information, notation of professional/non-professional status, organizational components, geographic location and duty station, e-mail address and telephone number.
>
> If all or any part of this request is denied, please list the specific exemption(s) which is being claimed and the basis for withholding information. In addition, should you determine that some portions of the requested materials are exempt, I shall expect, as FOIA provides, that you will provide me with the remaining non-exempt portions."

I have initiated a search within the Departmental Offices for records that would be responsive to your request.  Every effort will be made to provide you with a timely response; however, unusual circumstances exist regarding the search for and review of potentially responsive records which may delay our response.  This may include the need to consult with multiple program offices, to review a voluminous quantity of records, or to search for records stored in multiple locations.  I invite you to contact my office to discuss limiting the scope of your request which could significantly reduce the time needed to process your request.

We will review your request for a fee waiver once our office ascertains that the billable costs will exceed our $25.00 billing threshold.

If you have any questions or wish to discuss reformulation or an alternative time frame for the processing of your request, you may contact Treasury's FOIA Public Liaison by phone at (202) 622-8098 or by email at FOIAPL@treasury.gov.

If the FOIA Public Liaison is unable to satisfactorily resolve your question or concern, the Office of Government Information Services (OGIS) also mediates disputes between FOIA requesters and federal agencies as a non-exclusive alternative to litigation.  If you wish to contact OGIS, you may contact the agency directly by email at OGIS@nara.gov, by phone at (877) 684-6448, by fax at (202) 741-5769 or by mail at the address below:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road – OGIS
College Park, MD 20740-6001

You may reach me via telephone at 202-622-0930, extension 2; or via e-mail at FOIA@treasury.gov.  Please reference FOIA case number 2023-FOIA-00533 when contacting our office about this request.

Sincerely,

Cawana Pearson
FOIA and Transparency
Office of Privacy, Transparency, and Records
U.S. Department of the Treasury

# Exhibit C



DEPARTMENT OF THE TREASURY
WASHINGTON, D.C.

September 19, 2023

**VIA ELECTRONIC MAIL**
Lee Fischer
National Treasury Employees Union
800 K Street, NW, Suite 1000
Washington, DC 20001

Email: lee.fischer@nteu.org

RE: Your FOIA Request to Treasury, Case Number 2023-FOIA-00533

Dear Mr. Fischer:

This is the final response of the Department of the Treasury (Treasury) to your Freedom of
Information Act (FOIA) request dated June 20, 2023.  You requested: "a listing in an electronic
file form, preferably excel spreadsheet format, of all unrepresented bargaining unit eligible
employees (typically coded 7777) in the Department of the Treasury, Departmental Offices."

Your request has been processed under the provisions of the FOIA, 5 U.S.C. § 552.  A
reasonable search was conducted for records responsive to your request.

In response to the search, 1 Excel spreadsheet was located within the Departmental Offices of
Treasury.  After carefully considering these records, Treasury is withholding the entire
spreadsheet in full.  The withheld information is protected from disclosure under the FOIA
pursuant to 5 U.S.C. § 552 (b)(6).

**FOIA Exemption 6** exempts from disclosure "personnel and medical files and similar files the
disclosure of which would constitute a clearly unwarranted invasion of personal privacy."

Treasury has considered the foreseeable harm standard when reviewing the records and applying
these exemptions.

There are no fees assessed at this time since allowable charges fell below $25.

You have the right to appeal this decision within 90 days from the date of this letter.  By filing an
appeal, you preserve your rights under FOIA and give the agency a chance to review and
reconsider your request and the agency's decision.  Your appeal must be in writing, signed by
you or your representative, and should contain the rationale for your appeal.  Please also cite the
FOIA reference number noted above.  Your appeal should be addressed to:

FOIA Appeal
FOIA and Transparency
Office of Privacy, Transparency, and Records

Department of the Treasury
1500 Pennsylvania Ave., N.W.
Washington, D.C. 20220

If you submit your appeal by mail, clearly mark the letter and the envelope with the words "Freedom of Information Act Appeal." Your appeal must be postmarked or electronically transmitted within 90 days from the date of this letter.

If you would like to discuss this response before filing an appeal to attempt to resolve your dispute without going through the appeals process, you may contact our FOIA Public Liaison for assistance via email at FOIAPL@treasury.gov, or via phone at (202) 622-8098. A FOIA Public Liaison is a supervisory official to whom FOIA requesters can raise questions or concerns about the agency's FOIA process. FOIA Public Liaisons can explain agency records, suggest agency offices that may have responsive records, provide an estimated date of completion, and discuss how to reformulate and/or reduce the scope of requests in order to minimize fees and expedite processing time.

If the FOIA Public Liaison is unable to satisfactorily resolve your question or concern, the Office of Government Information Services (OGIS) also mediates disputes between FOIA requesters and federal agencies as a non-exclusive alternative to litigation. If you wish to contact OGIS, you may contact the agency directly by email at OGIS@nara.gov, by phone at (877) 684-6448, by fax at (202) 741-5769 or by mail at the address below:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road – OGIS
College Park, MD 20740-6001

Please note that contacting any agency official (including the FOIA analyst, FOIA Requester Service Center, FOIA Public Liaison) and/or OGIS is not an alternative to filing an administrative appeal and does not stop the 90-day appeal clock

You may reach me via telephone at 202-622-0930, extension 2; or via email at FOIA@treasury.gov. Please reference FOIA case number 2023-FOIA-00533 when contacting our office about this request.

Sincerely,

Shirley Brown
Senior FOIA Specialist
*for* Mark Bittner
Director for FOIA and Transparency
Office of Privacy, Transparency, and Records

2

# Exhibit D



October 13, 2023

<u>VIA CERTIFIED MAIL</u>

FOIA Appeal
FOIA and Transparency
Office of Privacy, Transparency, and Records
Department of the Treasury
1500 Pennsylvania Ave., N.W.
Washington, D.C. 20220

  RE: FOIA Appeal, Case No. 2023-FOIA-00533

To Whom It May Concern:

  I am writing to appeal Treasury's decision to withhold from disclosure the single responsive record it located in connection with the above-listed FOIA request. The National Treasury Employees Union (NTEU) requested a list of "all unrepresented bargaining unit eligible employees (typically coded 7777) in the Department of the Treasury, Departmental Offices." In a letter dated September 19, 2023, Treasury asserted that the responsive record was exempt from disclosure under 5 U.S.C. § 552(b)(6) ("Exemption 6"), which exempts records "the disclosure of which would constitute a clearly unwarranted invasion of personal privacy."

  Treasury's interpretation of Exemption 6 is untenable. It is not an invasion of public privacy, let alone a "clearly unwarranted one," to disclose information related an agency's analysis of its employees' job functions. The personal-privacy exemption provides no basis for the agency to withhold the record in full. *See, e.g.*, *Cowdery, Ecker & Murphy, LLC v. U.S. Dep't of Interior*, 511 F. Supp. 2d 215, 219 (D. Conn. 2007) ("FOIA . . . protect[s] an employee's personal information, but not information related to job function."). And even if personal privacy interests *were* implicated, the public interest favors disclosure of these employees' bargaining-unit eligibility status. *See, e.g.*, *WP Co.*

*LLC v. SBA*, 502 F. Supp. 3d 1, 26 (D.D.C. 2020) (summarizing applicable balancing test and noting that the "strong presumption in favor of disclosure . . . is at its zenith under Exemption 6").

At a minimum, Treasury has failed to satisfy its burden of showing that Exemption 6 applies. The response letter falls far short of providing a "detailed justification" for its invocation of the exemption. *See Watkins Law & Advocacy, PLLC v. United States*, 78 F.4th 436, 451 (D.C. Cir. 2023).

To avoid eventual litigation, Treasury must reconsider its decision and release the responsive record to NTEU. We are confident that we would prevail in court given existing case law on the application of the personal-privacy exemption to job-function information.

Should you wish to discuss, I can be reached by telephone at 202-465-3148 or email at kathryn.bailey@nteu.org.

Sincerely,

Kathryn W. Bailey

Assistant Counsel
Office of the General Counsel
National Treasury Employees Union

Attachment:
September 19, 2023 Letter from Shirley Brown to Lee Fischer



DEPARTMENT OF THE TREASURY
WASHINGTON, D.C.

September 19, 2023

**VIA ELECTRONIC MAIL**
Lee Fischer
National Treasury Employees Union
800 K Street, NW, Suite 1000
Washington, DC 20001

Email: lee.fischer@nteu.org

RE: Your FOIA Request to Treasury, Case Number 2023-FOIA-00533

Dear Mr. Fischer:

This is the final response of the Department of the Treasury (Treasury) to your Freedom of
Information Act (FOIA) request dated June 20, 2023. You requested: "a listing in an electronic
file form, preferably excel spreadsheet format, of all unrepresented bargaining unit eligible
employees (typically coded 7777) in the Department of the Treasury, Departmental Offices."

Your request has been processed under the provisions of the FOIA, 5 U.S.C. § 552. A
reasonable search was conducted for records responsive to your request.

In response to the search, 1 Excel spreadsheet was located within the Departmental Offices of
Treasury. After carefully considering these records, Treasury is withholding the entire
spreadsheet in full. The withheld information is protected from disclosure under the FOIA
pursuant to 5 U.S.C. § 552 (b)(6).

**FOIA Exemption 6** exempts from disclosure "personnel and medical files and similar files the
disclosure of which would constitute a clearly unwarranted invasion of personal privacy."

Treasury has considered the foreseeable harm standard when reviewing the records and applying
these exemptions.

There are no fees assessed at this time since allowable charges fell below $25.

You have the right to appeal this decision within 90 days from the date of this letter. By filing an
appeal, you preserve your rights under FOIA and give the agency a chance to review and
reconsider your request and the agency's decision. Your appeal must be in writing, signed by
you or your representative, and should contain the rationale for your appeal. Please also cite the
FOIA reference number noted above. Your appeal should be addressed to:

> FOIA Appeal
> FOIA and Transparency
> Office of Privacy, Transparency, and Records

Department of the Treasury
1500 Pennsylvania Ave., N.W.
Washington, D.C. 20220

If you submit your appeal by mail, clearly mark the letter and the envelope with the words
"Freedom of Information Act Appeal."  Your appeal must be postmarked or electronically
transmitted within 90 days from the date of this letter.

If you would like to discuss this response before filing an appeal to attempt to resolve your
dispute without going through the appeals process, you may contact our FOIA Public Liaison for
assistance via email at FOIAPL@treasury.gov, or via phone at (202) 622-8098.  A FOIA Public
Liaison is a supervisory official to whom FOIA requesters can raise questions or concerns about
the agency's FOIA process.  FOIA Public Liaisons can explain agency records, suggest agency
offices that may have responsive records, provide an estimated date of completion, and discuss
how to reformulate and/or reduce the scope of requests in order to minimize fees and expedite
processing time.

If the FOIA Public Liaison is unable to satisfactorily resolve your question or concern, the Office
of Government Information Services (OGIS) also mediates disputes between FOIA requesters
and federal agencies as a non-exclusive alternative to litigation.  If you wish to contact OGIS,
you may contact the agency directly by email at OGIS@nara.gov, by phone at (877) 684-6448,
by fax at (202) 741-5769 or by mail at the address below:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road – OGIS
College Park, MD 20740-6001

Please note that contacting any agency official (including the FOIA analyst, FOIA Requester
Service Center, FOIA Public Liaison) and/or OGIS is not an alternative to filing an administrative
appeal and does not stop the 90-day appeal clock

You may reach me via telephone at 202-622-0930, extension 2; or via email at
FOIA@treasury.gov.  Please reference FOIA case number 2023-FOIA-00533 when contacting
our office about this request.

Sincerely,

Shirley Brown
Senior FOIA Specialist
*for* Mark Bittner
Director for FOIA and Transparency
Office of Privacy, Transparency, and Records

2

Exhibit E



**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C.

11/08/2023

Lee Fischer
Kathryn W. Bailey
National Treasury Employees Union
800 K Street, NW, Suite 1000
Washington, DC 20001
lee.fischer@nteu.org

RE: Your Freedom of Information Act Appeal, 2024-APP-00007

Dear  Lee Fischer and Kathryn Bailey:

This letter acknowledges the receipt of your Freedom of Information Act (FOIA) appeal, dated 10/13/2023 which was received on 11/07/2023.  You have appealed Treasury's final response pertaining to 2023-FOIA-00533.

Your appeal has been directed to the Deputy Assistant Secretary for Privacy, Transparency, and Records. Every effort will be made to provide you with a timely response.

You may reach me via telephone at 202-622-0930, extension 2; or via email at FOIA@treasury.gov.  Please reference case number 2024-APP-00007 when contacting our office about your appeal.

Sincerely,

Cawana Pearson
FOIA and Transparency
Office of Privacy, Transparency, and Records
U.S. Department of the Treasury

# Exhibit F

**Kathryn Bailey**

| | |
|---|---|
| **From:** | FOIA@treasury.gov |
| **Sent:** | Wednesday, December 20, 2023 1:16 PM |
| **To:** | Kathryn Bailey |
| **Cc:** | FOIA@treasury.gov |
| **Subject:** | RE: Your FOIA Request to Treasury 2024-APP-00007 |

> **Caution:** This message originated from outside of the organization. Do Not Click links or Open attachments unless you recognize the sender and know the content is safe.

Good afternoon,

Thank you for your patience. I have consulted with the appropriate staff and learned that your appeal is actively being adjudicated by our appellate authority.

I apologize for the delay and any inconvenience you may be experiencing.

Cawana

---

**From:** Kathryn Bailey <kathryn.bailey@NTEU.ORG>
**Sent:** Wednesday, December 20, 2023 10:35 AM
**To:** TreasFOIA <FOIA@treasury.gov>
**Subject:** RE: Your FOIA Request to Treasury 2024-APP-00007

**\*\* Caution:** External email from: [**kathryn.bailey@nteu.org**] Pay attention to suspicious links and attachments. Send suspicious email to suspect@treasury.gov **\*\***

Good morning,

We'd appreciate an update on the status of our appeal.

Thank you,

Kathryn (Kate) W. Bailey
Assistant Counsel, Office of the General Counsel
National Treasury Employees Union
800 K St NW, Suite 1000
Washington, DC 20001
202.465.3148 (direct dial)
202.572.5645 (fax)
Pronouns: She/her



**From:** Kathryn Bailey
**Sent:** Friday, December 8, 2023 9:59 AM
**To:** FOIA@treasury.gov
**Subject:** RE: Your FOIA Request to Treasury 2024-APP-00007

Cawana,

Thank you very much for the response. I look forward to hearing from you.

Best,
Kate Bailey

---

**From:** FOIA@treasury.gov <FOIA@treasury.gov>
**Sent:** Friday, December 8, 2023 9:46 AM
**To:** Kathryn Bailey <kathryn.bailey@NTEU.ORG>
**Subject:** RE: Your FOIA Request to Treasury 2024-APP-00007

> **Caution:** This message originated from outside of the organization. Do Not Click links or Open attachments unless you recognize the sender and know the content is safe.

Good morning,

Thank you for contacting our office.  I will inquire about your appeal and respond ASAP.

Thank you,

Cawana

---

**From:** Kathryn Bailey <kathryn.bailey@NTEU.ORG>
**Sent:** Friday, December 8, 2023 9:09 AM
**To:** TreasFOIA <FOIA@treasury.gov>
**Subject:** RE: Your FOIA Request to Treasury 2024-APP-00007


** Caution:** External email from: [**kathryn.bailey@nteu.org**] Pay attention to suspicious links and attachments. Send suspicious email to suspect@treasury.gov **


Dear Ms. Pearson,

Thank you for sending this confirmation last month. By our calculations the decision deadline was yesterday, December 7. Can you share whether a response to our appeal is forthcoming? I can be reached here by email or at the phone number below. Thank you.

Kathryn (Kate) W. Bailey
Assistant Counsel, Office of the General Counsel
National Treasury Employees Union
800 K St NW, Suite 1000
Washington, DC 20001
202.465.3148 (direct dial)
202.572.5645 (fax)
Pronouns: She/her

 

**From:** FOIA@treasury.gov <FOIA@treasury.gov>
**Sent:** Wednesday, November 8, 2023 8:57 AM
**To:** Lee Fischer <lee.fischer@NTEU.ORG>
**Cc:** Kathryn Bailey <kathryn.bailey@NTEU.ORG>
**Subject:** Your FOIA Request to Treasury 2024-APP-00007

> **Caution:** This message originated from outside of the organization. Do Not Click links or Open attachments unless you recognize the sender and know the content is safe.

RE:  Your FOIA Request to Treasury, Case Number 2024-APP-00007

Good morning:

This email acknowledges the receipt of your FOIA appeal dated 10/13/2023.

This request has been issued tracking number 2024-APP-00007 . Please reference this number in all future correspondence with this office when communicating regarding this request. Please see the attached letter for more information.

Sincerely,

Cawana Pearson

Case Manager, FOIA and Transparency

Office of Privacy, Transparency, and Records